# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

IN RE:  
MATTHEW W. MELLADY

MISC. NO. 19-MC-678

*******

## RESOLUTION

WHEREAS, MATTHEW W. MELLADY IS RETIRING AFTER A CAREER OF MORE THAN TWENTY-FIVE YEARS WITH THE FEDERAL BUREAU OF PRISONS IN KANSAS, TENNESSEE, WASHINGTON DC AND MARYLAND; AND,

WHEREAS, MATTHEW W. MELLADY HAS DEMONSTRATED HIS COMMITMENT TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND THROUGH HIS DEDICATION AND EXEMPLARY SERVICE;

NOW, THEREFORE, BE IT RESOLVED, THIS 2ND DAY OF DECEMBER 2019, BY THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND, THAT THIS COURT HEREBY EXPRESSES ITS GRATITUDE AND APPRECIATION TO MATTHEW W. MELLADY FOR HIS OUTSTANDING SERVICE THAT HAS BEEN OF GREAT BENEFIT TO THE UNITED STATES AND TO THIS COURT.

THE CLERK IS DIRECTED TO PREPARE THIS RESOLUTION FOR PRESENTATION TO MATTHEW W. MELLADY AND TO FILE A CERTIFIED COPY AMONG THE RECORDS OF THIS COURT.

JAMES K. BREDAR, CHIEF JUDGE